**No. 68060.**—New York Merchandise Company, Inc. *v.* United States, protest 63/1191 (Portland, Oreg.).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 68061.**—Engis Equipment Company *v.* United States, protests 252354–K/6725, etc. (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Sheffield micro-form grinders similar in all material respects to those the subject of Abstract 67391, the claim of the plaintiff was sustained.

**No. 68062.**—Maestro Chord Organ Corp. of America, Inc., et al. *v.* United States, protests 60/14662, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.